## WRIGHT v. FLORA.

APPEAL from the *Cass* Circuit Court.

*Per Curiam.*—This cause was tried at a term of the *Cass* Circuit Court, held on the 8th day of *November*, 1852. A law approved *June* 18th, 1852, was then in force, which required the Court to be held at a different time. Acts 1852, p. 102. *McCool* v. *The State, ante*, p. 378.

The judgment is reversed with costs. Cause remanded, with instructions to the Circuit Court to grant a new trial.

STUART, J., having been concerned as counsel, was absent.

*W. Wright*, for the appellant.

*D. D. Pratt* and *S. C. Taber*, for the appellee.